IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| IN RE: § | |
| GRAND PRAIRIE PROPRTY § | |
| LIQUIDATING, INC., § | CASE NO.  10-20804 |
| DEBTORS § | |

## MOTION TO PAY FUNDS INTO THE REGISTRY OF THE COURT

**This motion seeks an order that may adversely affect you.  If you oppose the motion, you should immediately contact the moving party to resolve the dispute.  If you and the moving party cannot agree, you must file a response and send a copy to the moving party.  You must file and serve your response within 21 days of the date this was served on you.  Your response must state why the motion should not be granted.  If you do not file a timely response, the relief may be granted without further notice to you.  If you oppose the motion and have not reached an agreement, you must attend the hearing.  Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.  Represented parties should act through their attorney.**

**There will be a hearing on this motion on _____ at _____ o'clock in courtroom _____.**

    Comes Now, Michael B. Schmidt ("Schmidt"), who was appointed to succeed Lisa Nichols as Trustee, but rejected such appointment and files this Motion to Pay Funds into the Registry of the Court and would show as follows:

    1.    Schmidt was appointed Trustee on June 12, 2014.  The former Trustee, Lisa Nichols, held $311,305.08 in funds which were transferred to Schmidt's Bankruptcy Checking Account.

    2.    Schmidt filed his Rejection of Appointment on August 27, 2014.

    3.    Schmidt is requesting the funds be placed for safekeeping into the registry of this Court.

    WHEREFORE, the Trustee prays that this Court grant his and enter an order accordingly. Schmidt prays for any additional relief to which he may be entitled.

                                                    Respectfully submitted:
                                                    Law Office of Michael B. Schmidt


Date: September 15, 2014                            /S/MICHAEL B. SCHMIDT

1

Michael B. Schmidt
401 Grant Pl
Corpus Christi, TX  78411
361/884-9949 Fax: 361/884-6000

### Certificate of Service

    I certify that on this date, a copy of the foregoing Motion was served electronically and/or mailed to the United States Trustee, Debtor's counsel and all those on the attached list on the 15th day of September, 2014.

/S/MICHAEL B. SCHMIDT
Michael B. Schmidt

| | | |
|---|---|---|
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Dallas County, et al<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Elizabeth Weller<br>2323 Bryan Street Suite 1600<br>Dallas, TX 75201-2637 | Saul Ewing LLP<br>Mark Billion<br>PO Box 1266<br>Wilimington, DE 19899 |
| Grand Prairie Property Liquidating, Inc.<br>15 Bellecor Drive<br>Industrial Park Place<br>New Castle, DE 19720-1755 | Texas Commission on Environmental Quality<br>c/o Office of the Attorney General<br>P. O. Box 12548  MC-008<br>Austin, TX 78711-2548 | J. Casey ROy<br>Assistant Attorney General<br>PO Box 12548<br>Austin, TX 78711 |
| US Trustee 7<br>606 N Carancahua<br>Corpus Christi, TX 78401-0680 | Office of the United States Trustee<br>District of Delaware<br>J. Caleb Boggs Federal Building<br>844 King St., Lockbox 35, Suite 2207<br>Wilmington, Delaware 19801-3519 | Bradford J. Sandler<br>Pachulski stang et al<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801 |
| Etta Ren Wolfe, etal<br>Potter Anderson et al<br>1313 North Market Street<br>PO Box 951<br>Wilmington, DE 19899-0951 | Richard W. Riley<br>Duane Morris LLP<br>1100 North Market Street, Ste. 1200<br>Wilimington, DE 19801 | |

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| IN RE: § | |
| GRAND PRAIRIE PROPRTY § | |
| LIQUIDATING, INC., § | CASE NO.  10-20804 |
| DEBTORS § | |

## ORDER TO PAY FUNDS INTO THE REGISTRY OF THE COURT

Came on for consideration, Schmidt's Motion to Pay Funds into the Registry of the Court, and the court, having considered the motion, is of the opinion that the Motion is well taken, it is therefore,

ORDERED that Michael B. Schmidt is authorized to pay the funds in the above styled and numbered case into the Registry of the Court in the amount of $311,305.08 (or such amount that may remain after Bank charges are withdrawn).

Date:

_____
Hon. Richard Schmidt
U.S. Bankruptcy Judge

3