IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| GRAND PRAIRIE PROPRTY | § | |
| LIQUIDATING, INC., | § | CASE NO. 10-20804 |
| DEBTORS | § | |

## ORDER TO PAY FUNDS INTO THE REGISTRY OF THE COURT

Came on for consideration, Schmidt's Motion to Pay Funds into the Registry of the Court, and the court, having considered the motion, is of the opinion that the Motion is well taken, it is therefore,

ORDERED that Michael B. Schmidt is authorized to pay the funds in the above styled and numbered case into the Registry of the Court in the amount of $311,305.08 (or such amount that may remain after Bank charges are withdrawn).

Date:

_____
Hon. Richard Schmidt
U.S. Bankruptcy Judge